O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKY DARNELL BERNOUDY, | ) | CASE NO. CV 08-05454 ABC (RZ) |
| Petitioner, | ) ) | |
| vs. | ) ) | ORDER SUMMARILY DISMISSING ACTION WITHOUT PREJUDICE |
| WARDEN HUBBARD, | ) ) | |
| Respondent. | ) ) | |

    Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts provides that "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court, the judge shall make an order for its summary dismissal and cause the petitioner to be notified." Because it is plain that Petitioner presents no claims challenging his conviction or sentence as contravening federal law, the Court withdraws its reference of the matter to the Magistrate Judge and will dismiss the action summarily for failure to state any claim cognizable on habeas corpus.

    "[T]he essence of habeas corpus is an attack by a person in state custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." *Preiser v. Rodriguez*, 411 U.S. 475, 484, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973); *see* 28 U.S.C. §§ 2241, 2254. But Petitioner does not challenge either the fact

or duration of his confinement. Rather, he wishes to sue Broadcast Music, Inc. (BMI), a large music publishing and licensing concern, over a business dispute involving songs written by him. Whether or not Petitioner may have some valid claim against BMI is beside the point. Petitioner has invoked habeas corpus, yet nowhere in the petition is any claim fairly invoking The Great Writ, namely by asserting that his confinement (or its duration) violates federal law.

Accordingly, IT IS ORDERED that the Petition is dismissed without prejudice.

DATED: August 27, 2008

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

Presented By:

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE